| | |
|---|---|
| 1 | ROBBINS ARROYO LLP |
| | BRIAN J. ROBBINS (#190264) |
| 2 | brobbins@robbinsarroyo.com |
| | STEPHEN J. ODDO (#174828) |
| 3 | soddo@robbinsarroyo.com |
| | ARSHAN AMIRI (#246874) |
| 4 | aamiri@robbinsarroyo.com |
| | EDWARD B. GERARD (#248053) |
| 5 | egerard@robbinsarroyo.com |
| | JUSTIN D. RIEGER (#257321) |
| 6 | jrieger@robbinsarroyo.com |
| | 600 B Street, Suite 1900 |
| 7 | San Diego, CA 92101 |
| | Telephone: (619) 525-3990 |
| 8 | Facsimile: (619) 525-3991 |
| 9 | Attorneys for Plaintiff |
| 10 | [Additional Counsel on Signature Page] |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IRON WORKERS MID-SOUTH PENSION FUND, on Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | Case No. 3:13-cv-00827-JST |
| Plaintiff, | ) ) ) | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| v. | ) ) | |
| FOCUS MEDIA HOLDING LIMITED, JASON NANCHUN JIANG, KIT LEONG LOW, NEIL NANPENG SHEN, FUMIN ZHUO, CHARLES GUO WEI CAO, DAQING QI, DAVID YING ZHANG, YING WU, GIOVANNA PARENT LIMITED, and GIOVANNA ACQUISITION LIMITED, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

NOTICE OF VOLUNTARY DISMISSAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, plaintiff Iron Workers Mid-South Pension Fund ("Plaintiff"), on behalf of itself and all others similarly situated, filed the Class Action Complaint for Violations of the Securities Exchange Act of 1934 and Oppression (the "Complaint") challenging the proposed acquisition of Focus Media Holding Limited ("Focus Media") by Giovanna Parent Limited and Giovanna Acquisition Limited, on February 22, 2013 (the "Action") (Dkt. No. 1);

WHEREAS, on March 13, 2013, Plaintiff filed a Motion for Preliminary Injunction (Dkt. No. 6);

WHEREAS, on March 18, 2013, the parties filed the Stipulation and [Proposed] Order Setting Schedule for Defendant Focus Media Holding Limited's Motion to Dismiss and Plaintiff Iron Workers Mid-South Pension Fund's Motion for Preliminary Injunction (Dkt. No. 8);

WHEREAS, on March 19, 2013, defendant Focus Media filed its Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) and Request for Judicial Notice in Support of Motion to Dismiss Complaint (Dkt. No. 9 and 10);

WHEREAS, on March 20, 2013, the Court issued the Scheduling Order re: Motions to Dismiss and for Preliminary Injunction (Dkt. No. 11);

WHEREAS, no class of Focus Media shareholders has been certified, and thus, the dismissal of this Action will not prejudice the interests of other Focus Media shareholders; and

WHEREAS, no defendant in this Action has answered the Complaint or filed for summary judgment.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the Action without prejudice.

Dated: March 26, 2013

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
ARSHAN AMIRI
EDWARD B. GERARD
JUSTIN D. RIEGER

/S/ Stephen J. Oddo
STEPHEN J. ODDO

|  |  |
|---|---|
| 1 | 600 B Street, Suite 1900 |
| 2 | San Diego, CA 92101<br>Telephone: (619) 525-3990 |
| 3 | Facsimile: (619) 525-3991<br>brobbins@robbinsarroyo.com |
| 4 | soddo@robbinsarroyo.com<br>aamiri@robbinsarroyo.com |
| 5 | egerard@robbinsarroyo.com<br>jrieger@robbinsarroyo.com |
| 6 | ROBEIN, URANN, SPENCER, |
| 7 | PICARD & CANGEMI APLC<br>MARIA CANGEMI |
| 8 | CHRISTINA CARROLL<br>2540 Severn Avenue, Suite 400 |
| 9 | Metairie, LA  70002<br>Telephone: (504) 885-9994 |
| 10 | Facsimile: (504) 885-9969<br>mcangemi@ruspclaw.com |
| 11 | ccarroll@ruspclaw.com |
| 12 | THE WARNER LAW FIRM<br>PAUL T. WARNER |
| 13 | 11123 McCracken Lane, Suite A<br>Cypress, TX  77429 |
| 14 | Telephone: (281) 664-7777<br>Facsimile: (281) 664-7774 |
| 15 | pwarner@warner-law.net |
| 16 | Attorneys for Plaintiff |

852451

- 2 -
NOTICE OF VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed with the clerk of the court for the U.S. District Court, using the electronic case filing system of the court.  The electronic case filing system sent a Notice of Electronic Filing to the following who are ECF registered participants.

James G. Kreissman
SIMPSON THATCHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone:  (650) 251-5025
Facsimile:  (650) 251-5002
jkreissman@stblaw.com

*Counsel for defendant Focus Media Holding Limited*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 26, 2013.

                                              /S/ Stephen J. Oddo
                                            STEPHEN J. ODDO